UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 14 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No.  07-322
)
QANTAS AIRWAYS LIMITED )
)

WAIVER OF INDICTMENT

I,     QANTAS AIRWAYS LIMITED   , the above-name defendant, who is accused of

**Antitrust Violations
15 USC 1**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on    **January 14, 2008**    prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant ( Brett Johnson, General Counsel)

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates