CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.  07-322 (JDB) |
| ) | |
| **QANTAS AIRWAYS LIMITED** ) | |

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant (Brett Johnson, General Counsel)

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____        Date: January 14, 2008
Judge John D. Bates